TIMOTHY COURCHAINE
United States Attorney
District of Arizona
ALEXANDROS LAMBDIN
MARY SUE FELDMEIER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
alex.lambdin@usdoj.gov
mary.sue.feldmeier@usdoj.gov
Attorneys for Plaintiff

FILED
2026 JUL 29 PM 2:71
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-03977 TUC-SHR(LLP)

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

Amber Meraz,

Defendant.

**INDICTMENT**

VIOLATIONS:
**8 U.S.C. § 1324(a)(1)(A)(v)(I)**
**8 U.S.C. § 1324(a)(1)(A)(ii)**
**8 U.S.C. § 1324(a)(1)(B)(i)**
(Conspiracy to Transport Illegal Aliens for Profit)
**Count 1**

**8 U.S.C. § 1324(a)(1)(A)(ii)**
**8 U.S.C. § 1324(a)(1)(B)(i)**
**18 U.S.C. § 2**
(Transportation of Illegal Aliens for Profit)
**Counts 2-4**

**THE GRAND JURY CHARGES:**

**COUNT 1**

From a date unknown to on or about February 25, 2025, in the District of Arizona, Amber Meraz, did knowingly and intentionally combine, conspire, confederate, and agree with various other persons known and unknown to the grand jury, to transport and move illegal aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage or private financial gain, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).

**COUNT 2**

On or about October 23, 2024, in the District of Arizona, Amber Meraz, knowing and in reckless disregard of the fact that an alien(s), Mario Reyes and Jose Bolivar Sierra-Chacon, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT 3**

On or about December 11, 2024, in the District of Arizona, Amber Meraz, knowing and in reckless disregard of the fact that an alien(s), Diego Olivares-Chimalpopoca, Arturo Coxca-Perez, and Bagner Castro-Olivares, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

**COUNT 4**

On or about February 25, 2025, in the District of Arizona, Amber Meraz, knowing and in reckless disregard of the fact that an alien, Roberto Garcia-Gil, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation or otherwise, in furtherance of such violation of law, and did so for the purpose of commercial advantage

//

//

//

and private financial gain, in violation Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and Title 18, United States Code, Section 2.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: July 29, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

ALEXANDROS LAMBDIN
MARY SUE FELDMEIER
Assistant U.S. Attorneys